Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

_____

Case No.:  19–26555–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
     Rosana Condina
     aka Rossana Condina
     1075 Ringwood Avenue
     Pompton Lakes, NJ 07442

Social Security No.:
     xxx–xx–1209

Employer's Tax I.D. No.:

_____

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 8/28/19 and a confirmation hearing on such Plan has been scheduled for 11/6/19.

The debtor filed a Modified Plan on 12/20/19 and a confirmation hearing on the Modified Plan is scheduled for 1/15/20 at 8:30 AM. Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.    The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

     A full copy of the modified Plan will follow this notice.

Dated: December 23, 2019
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-26555-RG
Rosana Condina                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Dec 23, 2019
                             Form ID: 186          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db          +Rosana Condina,   1075 Ringwood Avenue,   Pompton Lakes, NJ 07442-2316
518431488   +American Express,   PO Box 1270,   Newark, NJ 07101-1270
518476360    American Express National Bank,   c/o Becket and Lee LLP,    PO Box 3001,
             Malvern PA 19355-0701
518536898   +Atlas Acquisitions LLC Assignee of,   The Bank of Missouri/Milestone MasterCar,   294 Union St.,
             Hackensack, NJ 07601-4303
518536898   +Atlas Acquisitions LLC Assignee of The,   Bank of Missouri/Milestone MasterCard,
             294 Union St.,   Hackensack, NJ 07601-4303
518553961   +Ditech Financial LLC,   PO BOx 12740,   Tempe, AZ 85284-0046
518431493   +Ditech Home Loans,   1100 Virginia Drive,   Suite 100A,   Fort Washington, PA 19034-3276
518431495    FSB Blaze,   PO Box 5096,   Sioux Falls, SD 57117-5096
518431497   +JPMCB Card,   Attn:  Bankruptcy Notification,   P.O. Box 15077,   Wilmington, DE 19850-5077
518479875   +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
             c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
             Boca Raton, FL 33487-2853
518431498   +KML Law Group,   216 Haddon Avenue, Suite 406,   Ste 406,   Westmont, NJ 08108-2812
518529249   +Midland Credit Management, Inc.,   PO Box 2037,   Warren, MI 48090-2037
518431500    Portfolio Recovery Associates, Inc.,   PO Box 23502,   Norfolk, VA 23541
518431503    TBOM/Milesstone,   PO Box 84059,   Columbus, GA 31908-4059
518431504   +Trident Asset Management,   PO Box 888424,   Atlanta, GA 30356-0424
518431505   +US Department of Education,   PO Box 2287,   Atlanta, GA 30301-2287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 24 2019 00:52:18   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 24 2019 00:52:13   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr           E-mail/Text: bnc@atlasacq.com Dec 24 2019 00:51:06   ATLAS ACQUISITIONS LLC,   294 Union St.,
             Attn:  Avi Schild,   Hackensack, NJ 07601-4303
cr           E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:56:23
             Synchrony Bank, c/o PRA Receivables Management, LL,   POB 41021,   Norfolk, VA 23541-1021
518526795   +E-mail/Text: g20956@att.com Dec 24 2019 00:53:06   AT&T Mobility II LLC,
             %AT&T SERVICES INC.,   KAREN A. CAVAGNARO PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
             BEDMINSTER, NJ. 07921-2693
518556137   +E-mail/Text: bnc@atlasacq.com Dec 24 2019 00:51:06   Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
518431490   +E-mail/Text: GenesisFS@ebn.phinsolutions.com Dec 24 2019 00:53:32   CB Indigo/GF,
             PO Box 4477,   Beaverton, OR 97076-4401
518431489   +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Dec 24 2019 00:56:03
             Capital One Auto Finance,   7933 Preston Road,   Plano, TX 75024-2302
518441103   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 24 2019 00:55:51
             Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
             4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518448097   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 24 2019 00:56:43
             Capital One Auto Finance, a division of Capital On,   P.O. Box 4360,   Houston, TX 77210-4360
518431491   +E-mail/PDF: creditonebnknotifications@resurgent.com Dec 24 2019 00:55:59   Credit One Bank NA,
             PO Box 98873,   Las Vegas, NV 89193-8873
518431492    E-mail/Text: mrdiscen@discover.com Dec 24 2019 00:51:05   Discover Financial Services,
             PO Box 30943,   Salt Lake City, UT 84130
518447646    E-mail/Text: mrdiscen@discover.com Dec 24 2019 00:51:05   Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
518431494   +E-mail/Text: bankruptcynotices@dcicollect.com Dec 24 2019 00:53:04
             Diversified Consultants, Inc.,   PO Box 551268,   Jacksonville, FL 32255-1268
518431496    E-mail/Text: cio.bncmail@irs.gov Dec 24 2019 00:51:27   Internal Revenue Services,
             PO Box 744,   Springfield, NJ 07081-0744
518463028    E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 24 2019 00:55:30   MERRICK BANK,
             Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
518431499   +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 24 2019 00:56:19   Merrick Bank,
             PO Box 171379,   Salt Lake City, UT 84117-1379
518555228   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 00:55:54
             Orion Portfolio Services II, LLC,   c/o PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
518523628    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 01:08:16
             Portfolio Recovery Associates, LLC,   c/o Hsn,   POB 41067,   Norfolk VA 23541
518521844    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 24 2019 00:57:46
             Portfolio Recovery Associates, LLC,   c/o Mattress Firm,   POB 41067,   Norfolk VA 23541
518433569   +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:55:35   Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518431502   +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2019 00:56:23   Synchrony Bank/Home,
             PO Box 960090,   Orlando, FL 32896-0090
518530913   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 24 2019 00:57:04   Verizon,
             by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                    TOTAL: 23

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Dec 23, 2019
                             Form ID: 186                Total Noticed: 39
```

```
                ***** BYPASSED RECIPIENTS (continued) *****

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518431501*      Portfolio Recovery Associates, Inc.,    PO Box 23502,    Norfolk, VA 23541
                                                                              TOTALS: 0, * 1, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
          Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael G. Boyd    on behalf of Debtor Rosana   Condina michaelboydlaw@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 4
```