UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michael G. Boyd (MB-4904)
Chestnut Hill Professional Center
157 Engle Street
Englewood, NJ 07631
201-894-9800
Attorney for Debtor

In Re:

ROSANA CONDINA

Case No.: __19-26555__

Judge: __Gambardella__

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1. ☒ Motion for Relief from the Automatic Stay filed by __Capital One Auto Finance__, creditor,

   A hearing has been scheduled for __March 4, 2020__, at 10:00 a.m.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (**choose one**):

   ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

Debtor has made two recent payments towards the $2,298.10 post-petition arrears as follows:
Debtor paid $700 via check no. 136 mailed on 2/6/2020.
Debtor paid $200 via phone payment on 2/7/2020.
This leaves remaining post-petition arrears of $1,398.10.

☒ Other (explain your answer):

Debtor proposes paying an additional $117 per month for 12 months to repay the $1,398.10 in remaining arrears beginning March 1, 2020.

Debtor will pay the $529.62 due February 15 by the end of February.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 2/7/20                                         _____
                                                     Debtor's Signature

Date: _____                                _____
                                                     Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. 9004-1(b)

MESTER & SCHWARTZ, P.C.
Formed in the State of PA
Jason Brett Schwartz, Esquire
1917 Brown Street
Philadelphia, PA 19130
Tel: (267) 909-9036
Fax: (267) 541-2139
E-mail: jschwartz@mesterschwartz.com
Attorney for Movant

IN RE:

ROSANA CONDINA
a/k/a ROSSANA CONDINA, Debtor and
VINCENZO CONDINA, Codebtor

Case No.: 19-26555-RG

Judge: Rosemary Gambardella

Chapter: 13

### CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY ON VEHICLE LOAN

_____LeTesha Lawson_____, employed as a Principal Agency Liaison Coordinator - Legal and Specialty by Capital One Auto Finance, a division of Capital One, N.A. ("Movant"), hereby certifies the following:

Vehicle lender/lessor: Capital One Auto Finance, a division of Capital One, N.A.
Vehicle description: 2013 TOYOTA Tundra SR5 CrewMax 4WD
VIN: 5TFDY5F12DX310090

**POST-PETITION PAYMENTS RECEIVED (Petition filed on August 28, 2019)**

|   | Amount Due | Date Payment Due | Date Payment Received | Amount Received | How Payment Applied (mo/yr) | Type of Payment (see legend below) |
|---|---|---|---|---|---|---|
| 1. | $529.62 | 09/15/19 | 09/30/19 | $150.00 | Part. Sep. 2019 | |
| 2. | $529.62 | 10/15/19 | 11/18/19 | $200.00 | Part. Sep. 2019 | |
| 3. | $529.62 | 11/15/19 | | | | |
| 4. | $529.62 | 12/15/19 | | | | |
| 5. | $529.62 | 01/15/20 | | | | |
| Total | $2,648.10 | | | $350.00 | | |

Legend: MP = monthly payment; EXF = Extension fee; LC = Late Charge; O = Other*
*specify other payments received

Monthly payments past due at $529.62 per month from:

| | |
|---|---|
| Partial September 15, 2019 | $179.62 |
| October 15, 2019 - January 15, 2020 | $2,118.48 |

Plus miscellaneous amounts due:

| | |
|---|---|
| Late Charges: | $0.00 |
| Repossession fees: | $0.00 |
| Extension fees: | $0.00 |
| Other: | $0.00 |

**TOTAL POST-PETITION PAST DUE**.................................$2,298.10

---

Pre-petition arrears:

Part. Jun. 2019

Jul. 2019 - Aug. 2019

2.1979 month(s) x $529.62 per month = $1,164.05

I certify under penalty of perjury that the above is true.

Date: ___01/30/2020___         _____
                                Signature