UNITED STATES BANKRUPTCY
COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

Order Filed on February 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In Re:**

**ROSANA CONDINA a/k/a ROSSANA CONDINA, Debtor and VINCENZO CONDINA, Codebtor**

Case No.: 19-26555-RG

Judge: Rosemary Gambardella

## CONSENT ORDER MODIFYING STAY AS TO MOTOR VEHICLE
## 2013 TOYOTA TUNDRA SR5 CREWMAX 4WD

The relief set forth on the following pages, number two (2) through four (4) is hereby **ORDERED.**

**DATED: February 28, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

2
Debtor:            Rosana Condina
Codebtor:          Vincenzo Condina
Case No.:          19-26555-RG
Caption of Order:  Consent Order Modifying Stay as To Personal Property

1. The 11 U.S.C. § 362(a) and § 1301 Stay as to Capital One Auto Finance, a division of Capital One, N.A., its successors and/or assigns ("Movant"), with respect to the personal property of the Debtor described as a 2013 TOYOTA Tundra SR5 CrewMax 4WD, V.I.N. 5TFDY5F12DX310090, in accordance with the agreement of the Debtor and Movant, is hereby modified and shall remain in effect PROVIDED THAT Debtor complies with the following terms and conditions:

(a) To cure the remaining post-petition arrearage currently ripe, due and owing to Movant, Debtor agrees to:

(i) To cure the remaining post-petition arrearage currently ripe, due and owing to Movant, Debtor will make payments to Movant as follow:

| DATE PAYMENT DUE | ADEQUATE ASSURANCE PAYMENT | ARREARS | TOTAL |
| --- | --- | --- | --- |
| 03/15/20 | $529.62 | $321.29 | $850.91 |
| 04/15/20 | $529.62 | $321.29 | $850.91 |
| 05/15/20 | $529.62 | $321.29 | $850.91 |
| 06/15/20 | $529.62 | $321.29 | $850.91 |
| 07/15/20 | $529.62 | $321.28 | $850.90 |
| 08/15/20 | $529.62 | $321.28 | $850.90 |
| Total | $3,177.72 | $1,927.72 | $5,105.44 |

; and

(b) Debtor will resume making all future regular monthly installment payments of $529.62 (subject to changes for taxes, insurance costs and late fees, if any) beginning on September 15,

3
Debtor:            Rosana Condina
Codebtor:          Vincenzo Condina
Case No.:          19-26555-RG
Caption of Order:  Consent Order Modifying Stay as To Personal Property

2020; Debtor will timely make each payment in accordance with the terms and conditions of the loan document between Debtor and Movant.

2. Debtor will remain current on all payments ripe, due and owing under the terms of the Chapter 13 Plan. Debtor will pay Movant as an administrative expense through the Chapter 13 Plan the sum of $306.00 for attorney's fees and costs.

3. The term "payment" as set forth in Paragraph 1, *supra*, does not include a check that is returned due to insufficient funds, account closed or is otherwise not capable of negotiation for any other reason.

4. Debtor will be in default under the Consent Order in the event that Debtor fails to comply with the payment terms and conditions set forth in Paragraph 1, *supra*. If Debtor fails to cure the default within thirty (30) days from the date of default, Movant may apply on five days' notice to Debtor, Codebtor and counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and § 1301 and permitting Movant to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing a sale of the motor vehicle without regard to any future conversion of this matter to a different form of bankruptcy.

5. In the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtor shall pay all pre-petition arrears and post-petition arrears due and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any

4
Debtor:        Rosana Condina
Codebtor:      Vincenzo Condina
Case No.:      19-26555-RG
Caption of Order:  Consent Order Modifying Stay as To Personal Property

other Chapter. If Debtor fails to make payments in accordance with this paragraph, then Movant, through counsel, may file a Certification of Default setting forth said failure and Movant shall be granted immediate relief from the automatic stay provisions of Sections 362 and 1301 of the Bankruptcy Code (11 U.S.C. §§ 362 & 1301) and the Movant is then permitted to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing a sale of the motor vehicle.

6. The failure of Movant to issue a notice of default will not be construed or act as a waiver of any of the rights of Movant under the Consent Order.

7. Debtor waives the fourteen (14) day stay provided under Rule 4001(a)(3), F.R.B.P.

We hereby consent to the form and entry of the foregoing Order.

_____
Michael G. Boyd, Esquire
Chestnut Hill Professional Center
157 Engle Street
Englewood, NJ 07631
Attorney for Debtor

_____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown St.
Philadelphia, PA 19130
Attorney for Capital One Auto Finance, a division of Capital One, N.A.