UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   ROSANA CONDINA

Case No.:  19-26555 RG

Hearing Date:  11/18/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 19, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): ROSANA CONDINA

Case No.: 19-26555

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 11/18/2020 on notice to MICHAEL G. BOYD, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,705.00 starting on 11/1/2020 for 12 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,578.00 starting on 11/1/2021 for the remaining 34 month(s).