UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BOYD & SQUITIERI, LLC
Michael G. Boyd
157 Engle Street
Englewood, NJ  07631
(201) 894-9800
Attorney for Debtor

In Re:

Rosana Condina,

        Debtor.

Case No.:      19-26555-RG

Judge:      Gambardella

Chapter:      13

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by <u>New Rez dba Shellpoint Mortgage</u>, creditor,

   A hearing has been scheduled for <u>February 17, 2021</u>, at <u>10:000am</u>.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

Debtor's husband was unemployed for several months because of Covid-19. Debtor recently applied for and was granted a forbearance beginning January 2021.
Debtor proposes to cure the arrears from 2020 by paying $3,283.57 per month for 9 months beginning March 1, 2021.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 2/9/2021                                             /s/ ROSANA CONDINA
                                                           Debtor's Signature

Date: _____                                       _____
                                                           Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*