Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  19−26555−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosana Condina
   aka Rossana Condina
   1075 Ringwood Avenue
   Pompton Lakes, NJ 07442

Social Security No.:
   xxx−xx−1209

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/10/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 10, 2022
JAN: rah

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Rosana Condina  
Debtor

Case No. 19-26555-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Mar 10, 2022 | Form ID: 148 | Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Rosana Condina, 1075 Ringwood Avenue, Pompton Lakes, NJ 07442-2316 |
| 518556137 | | Atlas Acquisitions LLC, 429C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518536898 | | Atlas Acquisitions LLC Assignee of, The Bank of Missouri/Milestone MasterCar, 429C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518536898 | | Atlas Acquisitions LLC Assignee of The, Bank of Missouri/Milestone MasterCard, 429C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518431493 | + | Ditech Home Loans, 1100 Virginia Drive, Suite 100A, Fort Washington, PA 19034-3276 |
| 519154357 | | NYS DEPT OF TAX & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 518431500 | | Portfolio Recovery Associates, Inc., PO Box 23502, Norfolk, VA 23541 |
| 518431503 | | TBOM/Milesstone, PO Box 84059, Columbus, GA 31908-4059 |
| 518431504 | + | Trident Asset Management, PO Box 888424, Atlanta, GA 30356-0424 |
| 518431505 | + | US Department of Education, PO Box 2287, Atlanta, GA 30301-2287 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 10 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 10 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: ATLASACQU | Mar 11 2022 07:48:00 | ATLAS ACQUISITIONS LLC, 294 Union St., Attn: Avi Schild, Hackensack, NJ 07601 |
| cr | + | EDI: AISACG.COM | Mar 11 2022 07:51:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518526795 | + | EDI: CINGMIDLAND.COM | Mar 11 2022 07:49:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518431488 | | Email/PDF: bncnotices@becket-lee.com | Mar 10 2022 20:49:53 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518476360 | | Email/PDF: bncnotices@becket-lee.com | Mar 10 2022 20:50:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518431490 | + | EDI: PHINGENESIS | Mar 11 2022 07:51:00 | CB Indigo/GF, PO Box 4477, Beaverton, OR 97076-4401 |
| 518431489 | + | EDI: CAPONEAUTO.COM | Mar 11 2022 07:48:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 10, 2022 | Form ID: 148 | Total Noticed: 41 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518441103 | + | EDI: AISACG.COM | Mar 11 2022 07:51:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518448097 | + | EDI: AISACG.COM | Mar 11 2022 07:51:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518431491 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2022 20:49:55 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518431492 | | EDI: DISCOVER.COM | Mar 11 2022 07:50:00 | Discover Financial Services, PO Box 30943, Salt Lake City, UT 84130 |
| 518447646 | | EDI: DISCOVER.COM | Mar 11 2022 07:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518431494 | + | EDI: DCI.COM | Mar 11 2022 07:51:00 | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 518431495 | | Email/Text: BNBLAZE@capitalsvcs.com | Mar 10 2022 20:40:00 | FSB Blaze, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 518431496 | | EDI: IRS.COM | Mar 11 2022 07:51:00 | Internal Revenue Services, PO Box 744, Springfield, NJ 07081-0744 |
| 518431497 | | EDI: JPMORGANCHASE | Mar 11 2022 07:50:00 | JPMCB Card, Attn: Bankruptcy Notification, P.O. Box 15077, Wilmington, DE 19850 |
| 518479875 | + | Email/Text: RASEBN@raslg.com | Mar 10 2022 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518463028 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2022 20:49:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518431499 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2022 20:50:46 | Merrick Bank, PO Box 171379, Salt Lake City, UT 84117-1379 |
| 518529249 | + | EDI: MID8.COM | Mar 11 2022 07:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518756828 | | Email/Text: mtgbk@shellpointmtg.com | Mar 10 2022 20:40:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518756829 | | Email/Text: mtgbk@shellpointmtg.com | Mar 10 2022 20:40:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518555228 | + | EDI: RECOVERYCORP.COM | Mar 11 2022 07:49:00 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518523628 | | EDI: PRA.COM | Mar 11 2022 07:49:00 | Portfolio Recovery Associates, LLC, c/o Hsn, POB 41067, Norfolk VA 23541 |
| 518521844 | | EDI: PRA.COM | Mar 11 2022 07:49:00 | Portfolio Recovery Associates, LLC, c/o Mattress Firm, POB 41067, Norfolk VA 23541 |
| 518433569 | + | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518431502 | + | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Synchrony Bank/Home, PO Box 960090, Orlando, FL 32896-0090 |
| 518530913 | + | EDI: AIS.COM | Mar 11 2022 07:49:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518431501 | * | Portfolio Recovery Associates, Inc., PO Box 23502, Norfolk, VA 23541 |
| 518553961 | ##+ | Ditech Financial LLC, PO BOx 12740, Tempe, AZ 85284-0046 |
| 518431498 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michael G. Boyd | on behalf of Debtor Rosana Condina michaelboydlaw@gmail.com |
| Phillip Andrew Raymond | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7