Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−26555−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Rosana Condina
  aka Rossana Condina
  1075 Ringwood Avenue
  Pompton Lakes, NJ 07442

Social Security No.:
  xxx−xx−1209

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/20/22 at 10:00 AM

to consider and act upon the following:

*69* − Objection to Debtor(s) Motion to Approve Loan Modification (related document:68 Motion to Approve Loan Modification with Shellpoint Filed by Michael G. Boyd on behalf of Rosana Condina. Objection deadline is 06/8/2022. (Attachments: # 1 Proposed Order on Motion for Authorization Enter into Final Modification Agreement # 2 Certificate of Service MGB) filed by Debtor Rosana Condina) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/3/22

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court